**CITIBANK, SOUTH DAKOTA,**
**Respondent,**

v.

**William O. SCHWEITZER, Appellant.**

**No. 70857.**

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 18, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 31, 1997.

Application to Transfer Denied
April 29, 1997.

William O. Schweitzer, party acting pro se.

Jeffrey T. Weisman, St. Louis, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Appellant, William O. Schweitzer, appeals the judgment of the Circuit Court of the County of St. Louis denying his motion to quash service of process. We affirm.

We have reviewed appellant's brief and the legal file and find the trial court's judgment

is supported by substantial evidence, is not against the weight of the evidence, and no error of law appears. As an extended opinion would serve no jurisprudential purpose, we affirm the trial court pursuant to Rule 84.16(b).